IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA



UNITED STATES OF AMERICA,
Plaintiff,

v.  Criminal No. 5:07-CR-26

RHON KING,

Defendant.

## ORDER TO SEAL

The United States has presented to the Judge its Motion and this proposed Order requesting the Court to seal the Indictment, Warrant for Arrest, Motion for Order to Seal and Order to Seal in the above-captioned case and that the Indictment, Motion and Order to Seal be unsealed upon the arrest of the defendant.

The Court finds that there is good cause to seal such Indictment, Warrant for Arrest, Motion for Order to Seal and Order to Seal so as not to compromise the outstanding warrant.

The Clerk is **ORDERED** to seal the Indictment, Warrant for Arrest, Motion for Order to Seal and Order to Seal in accordance with the United States' Motion for Order to Seal and this Order to Seal until the arrest of the defendant and to provide the United States with certified copies of the Indictment, Warrant for Arrest, Motion for Order to Seal, and Order to Seal.

Notwithstanding this Order to Seal, the United States Marshals Service is authorized to input the necessary information regarding the defendant into NCIC.

ENTER:

Dated 8/9/07

~~FREDERICK P. STAMP~~
UNITED STATES ~~DISTRICT~~ JUDGE

Magistrate